

WILLIAM A. MADDOX
United States Attorney
L. ANTHONY WHITE
Assistant United States Attorney
Organized Crime Drug Enforcement Task Force
Federal Bldg. & Courthouse
300 Booth Street, Room 2032
Reno, Nevada 89509
Tele:  784-5438

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. N-86-49-ECR |
| Plaintiff, | ) SUPERSEDING INFORMATION FOR ) VIOLATION OF TITLE 21, UNITED |
| v. | ) STATES CODE, SECTION 841(a)(1) ) (Manufacture a controlled |
| RICHARD VICTOR TILTON, | ) substance: methamphetamine) ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

That on or about June of 1984, within the District of Nevada, the above-captioned defendant, RICHARD VICTOR TILTON did wilfully, knowingly, and intentionally manufacture a Schedule II controlled substance: Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 7/8/87

WILLIAM A. MADDOX
United States Attorney

L. ANTHONY WHITE
Assistant United States Attorney

FORM OBD-183
MAR. 83